**Exhibit A**

Table of Last-Observed Infringements by Defendants of New Sensations Inc's Copyright in the Motion Picture "Scooby-Doo A XXX Parody,"
Copyright Reg. No. PA0001754149

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.27.64.49 | 2012-01-03 23:04:54 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 2 | 108.27.66.142 | 2011-11-18 15:37:32 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 3 | 108.54.124.184 | 2011-12-16 06:10:30 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 4 | 108.6.226.127 | 2012-01-14 02:59:30 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 5 | 108.6.28.80 | 2011-12-14 06:30:13 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 6 | 173.56.55.63 | 2011-12-12 00:10:15 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 7 | 24.90.127.230 | 2011-12-15 14:32:58 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 8 | 66.108.57.199 | 2012-01-04 08:26:04 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 9 | 66.66.118.52 | 2011-12-21 05:57:41 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 10 | 67.241.166.92 | 2012-01-13 21:46:06 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 11 | 67.242.179.192 | 2011-12-22 13:42:26 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 12 | 67.243.146.212 | 2011-11-29 04:14:30 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 13 | 67.243.147.98 | 2012-01-15 22:53:24 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 14 | 67.244.9.7 | 2011-11-16 00:59:44 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 15 | 67.247.40.78 | 2011-12-06 04:14:37 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 16 | 67.247.44.137 | 2011-11-30 02:52:58 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 17 | 67.247.48.222 | 2011-12-30 14:49:26 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 18 | 67.248.52.19 | 2012-01-03 16:03:25 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 19 | 67.250.11.162 | 2012-01-01 19:01:17 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 20 | 68.173.224.194 | 2011-11-21 00:59:46 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 21 | 68.173.224.39 | 2011-11-16 04:12:23 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 22 | 68.173.227.137 | 2011-11-27 21:10:23 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 23 | 69.201.141.37 | 2011-11-21 00:30:31 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 24 | 69.203.104.174 | 2011-12-15 15:51:55 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 25 | 69.203.211.170 | 2011-12-15 11:04:54 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 26 | 69.205.123.157 | 2011-11-27 03:10:52 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 27 | 69.205.123.208 | 2011-12-22 14:14:55 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |

| Doe 28 | 69.86.85.252 | 2012-01-11 11:36:43 -0500 | EarthLink | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 71.251.25.78 | 2011-11-23 05:02:39 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 30 | 72.229.122.111 | 2011-11-26 05:51:51 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 31 | 72.229.137.209 | 2011-12-08 03:12:45 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 32 | 72.229.138.232 | 2011-12-12 06:41:37 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 33 | 72.229.138.29 | 2011-12-20 05:40:30 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 34 | 72.229.139.19 | 2011-12-29 10:14:50 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 35 | 72.229.33.160 | 2011-11-25 00:59:59 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 36 | 72.229.33.57 | 2012-01-04 17:07:07 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 37 | 74.101.0.118 | 2012-01-13 22:24:39 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 38 | 74.106.203.103 | 2011-12-01 15:09:05 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 39 | 74.111.42.155 | 2011-12-18 02:35:43 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 40 | 74.69.108.20 | 2011-11-29 00:22:43 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 41 | 74.69.111.203 | 2011-12-17 16:30:48 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 42 | 74.69.189.162 | 2011-12-14 11:00:52 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 43 | 74.72.111.251 | 2011-11-23 00:59:58 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 44 | 74.72.130.245 | 2011-12-28 15:16:04 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 45 | 74.72.131.210 | 2011-11-19 02:56:36 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 46 | 74.72.131.53 | 2011-12-22 23:17:24 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 47 | 74.72.131.80 | 2011-12-06 22:14:33 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 48 | 74.72.35.106 | 2011-12-03 00:01:31 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 49 | 74.77.102.251 | 2012-01-13 03:54:58 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 50 | 74.78.198.198 | 2011-12-22 23:57:13 -0500 | Road Runner | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 51 | 96.239.72.99 | 2011-12-20 19:54:12 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |
| Doe 52 | 96.248.39.41 | 2011-11-16 18:54:07 -0500 | Verizon Internet Services | BitTorrent | 752fb4fa70114b407475aab83c2f240dc3ecf07a |