May 9, 2012

United States District Court of
the Southern District of New York
Pro Se Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007

Case:  1:12-cv-01168 ( New Sensations V John Does 1-52)

Hon. Judge Alvin K. Hellerstein,

I am writing for three reasons.  First, I would like to file for an extension.  I see another John Doe has motioned the court and I wish to contact counsel before the subpoena is exercised on my ISP.

Second, I noticed in John Doe's motion the emphasis on anonymity; I, too, believe this suit is designed to extort money from defendants and therefore extra attention must be paid to maintaining John Does 1-52 anonymity.  I request a protective order for John Does 1-52.

Finally, I move the court to consider the resent findings of Judge Alison J. Nathan, also of New York's Southern District, on an almost identical case:

> "The Court is concerned about the possibility that many of the names and addresses produced in response to Plaintiffs discovery request will not in fact be those of the individuals who downloaded "My Little Panties #2." The risk is not purely speculative; **Plaintiff's counsel estimated that 30% of the names turned over by ISPs are not those of individuals who actually downloaded or shared copyrighted material.** Counsel stated that the true offender is often the 'teenaged son...or the boyfriend if it's a lady'" 12-CV-00126 (AJN) (emphasis added by me)

Plaintiff's counsel in this case was Mike Meier, Plaintiff's counsel in this case, also.

Please, also review the findings of Magistrate Judge Gary R. Brown, of New York's Eastern District, in his Order and Report and Recommendation:

> "That plaintiffs and their counsel in all four actions be directed that any future actions of a similar nature in this district be filed as separate actions as against each John Doe defendant, so as to avoid unfair outcomes, improper joinder and waste of judicial resources, and to ensure the proper payment of filing fees. See, e.g., DIRECTV, Armellino, 216 F.R.D. 240, 241 (E.D.N.Y. 2003) (Spatt, J.) ("plaintiff is advised that all

RECEIVED
MAY 1 1 2012
PRO SE OFFICE

12CV1168

future claims of this nature must be instituted separately against individual defendants"), (citing CSC Holdings Inc. v. Tack, CV 00–3555 (E.D.N.Y. June 16, 2000) (Seybert, J.))."


Respectfully submitted,

*J. D.*

John Doe 37