UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
NEW SENSATIONS, INC.,

                Plaintiff,

    -against-

DOES 1-52,

                Defendants.
-------------------------------------------------------------- x

**ORDER**

12 Civ. 1168 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I hereby vacate all previous orders issued in this case, without prejudice, and transfer the case, for all purposes and with her consent, to Judge Katherine B. Forrest.

SO ORDERED.

Dated:    May __, 2012
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge