UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
NEW SENSATIONS, INC                                   Docket Number  12 CV 1168 (KBF)

       -against-                                         NOTICE OF REASSIGNMENT

DOES 1-52
-------------------------------------------------------

The above-entitled action is:

[X] Reassigned to the Hon. KATHERINE B. FORREST (KBF)

[] Reassigned Referral to Hon. ()  , Magistrate Judge

[] Reassigned Designation to Hon ( ) ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                              Ruby J. Krajick
                                                              Clerk of Court

Dated: 5/29/2012                                           By: SHANTE JONES
                                                                 Deputy Clerk