UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

| | | |
|---|---|---|
| NEW SENSATIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-1168 |
| | ) | |
| DOES 1 – 52 | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

In this case, all orders were vacated with the order of 5/24/12. At this point, all technical data held by the ISPs is beyond the ISPs' retention period, and Plaintiff will not be able to conduct meaningful discovery as for the technical data held by the ISP. Thus, Plaintiff dismisses this case without prejudice.

Respectfully submitted this 15th day of September 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 15 September 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

By: ___/s/ Mike Meier_____
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF